# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DANNY THOMAS,** *et al*.                                                                          **PLAINTIFFS**

**v.**                                          **3:09CV00120-WRW**

**SOUTHERN PIONEER LIFE INSURANCE**                              **DEFENDANT**
**COMPANY**

## ORDER

Pending is Defendant's unopposed Motion for Extension of Time to File Responsive Pleading (Doc. No. 10). The Motion is GRANTED to the extent set out below.

If Plaintiff files a motion to remand or to seek leave to conduct jurisdictional discovery by September 18, 2009, Defendant must file its responsive pleading within 20 days from the date the Court rules on Plaintiff's motion. Otherwise, Defendant must file its responsive pleading by 5:00 p.m., Friday, October 9, 2009.

IT IS SO ORDERED this 3rd day of September, 2009.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE